# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UFI-VALDOSTA, LLC, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:21-CV-00093 (WLS) |
| LUCIDA CONSTRUCTION COMPANY, LLC and MICHAEL J. ADDISON, | : |
| Defendants. | : |

## ORDER

On September 13, 2021, Plaintiff filed an "Unopposed Motion to Dismiss" in which it represented to the Court that the Parties have reached a settlement as to all claims in the above-styled action. (Doc. 16.) Per the motion, the Parties have reached a settlement, have agreed to bear their own attorney's fees and costs, and that Plaintiff moves to dismiss the action "in its entirety, with prejudice." (*Id.*) Accordingly, the motion is **GRANTED**. The captioned action is hereby **DISMISSED** with prejudice, each party to bear its own costs and attorney's fees.

**SO ORDERED**, this 20th day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**