IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UFI-VALDOSTA, LLC, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-93(WLS) |
| | * |
| LUCIDA CONSTRUCTION COMPANY, LLC and MICHAEL J. ADDISON, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 20, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk